**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 18-1640**

---

SHIRLEY ANN HUBBARD,

        Plaintiff - Appellant,

      v.

INDEPENDENT CONTAINER LINE, LTD.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr. District Judge. (3:18-cv-00018-JAG)

---

Submitted: September 13, 2018          Decided: September 17, 2018

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Shirley Ann Hubbard, Appellant Pro Se. John M. Barr, LAW OFFICE OF JOHN M. BARR PC, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Ann Hubbard appeals the district court's order dismissing without prejudice her claims against Independent Container Line, Ltd.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hubbard's informal brief does not challenge the basis for the district court's disposition, Hubbard has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed Hubbard's complaint without prejudice, we possess jurisdiction over this appeal because the district court dismissed her action for failure to prosecute, not because of a flaw in the complaint. *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015); *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066-67 (4th Cir. 1993).